UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS

| | |
|---|---|
| Date: March 11, 2013 | Type of Hearing: IA/Bond Hrg |
| Judge: CHARLES H. WEIGLE | Court Reporter/Tape #: FTR Gold |
| Courtroom Deputy: Charlene A. Lunsford | Interpreter: N/A |

**Case Number:   5:13-MJ-0306-CHW**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA:  Sonja Profit |
| vs. | |
| DESI HANSFORD | Counsel:  (Waived-IA Appearance Only) |

Agents/Experts in attendance:  Donnie Allen, USPO

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

### I.   INITIAL APPEARANCE/ARRAIGNMENT                    Time in Court:   15 minutes

- ☐ Dft attorney not present.
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.
- ☒ Initial Appearance Only.
- ☐ Arraignment Only.
- ☐ Both Initial Appearance and Arraignment.

- ☐ Standard Pre-trial Order to be e-filed.
- ☐ Notice of Court policy re: retained counsel to be e-filed.
- ☐ Other:

### II.   BOND/DETENTION                                                    Time in Court:   5 minutes

**Government Motion for Detention:**
☐ Granted   ☐ Denied
   ☐ Order to follow

☒ Bond set at $10,000
  Type:  ☐ Own Recognizance
       ☒ Unsecured
       ☐ Fully Secured
       ☐ Secured by

**Conditions of Release:**
Standards Conditions

☐ Bond Supervision
☐ House Arrest
☐ Surrender Passport
☐ No Firearms
☐ Drug / Alcohol Testing
☐ Electronic Monitoring
☒ Travel Restricted to: ST of GA

**Detention Hearing:**
Continued to:
Upon motion of ☐ Govt    ☐ Deft

☐ Temporary detention Ordered pending hearing
☐ Detention Ordered pending trial

Other:

## MINUTE SHEET OF COURT PROCEEDINGS (Cont'd)
### Case Number:   5:13-MJ-0306-CHW

### III. RULE REMOVAL HEARING           *Time in Court :*

Initial Appearance hearing held (See I. above)
☐ Dft WAIVED removal hearing:
    ☐ Identify hearing held
    ☐ WAIVER FILED
Identity:   ☐ Established   ☐ Not Established

☐ Dft Advised of Rule 20 (FRCrP) provisions
☐ Bond / Detention hearing held
☐ Dft Ordered removed to:
☐ Subject to satisfying conditions of release

**Preliminary Hearing:**
    ☐ Requested in this district.
    ☐ Held in this district.
    ☐ Requested in charging district.
    ☐ Hearing NOT required.

Other:

### IV. PRELIMINARY HEARING           *Time in Court :*

☐ Hearing set for:
☐ Hearing WAIVED by Dft – Waiver filed

☐ Hearing held:
☐ Probable cause found
☐ Probable cause NOT found

Other:

### IV. PLEA           *Time in Court:*

☐ Entered at time of Initial Appearance on:
☐ GUILTY plea entered by Dft
☐ Consent to proceed before Magistrate Judge filed
☐ Plea accepted by Court
☐ Dft to furnish background info to USPO
☐ Dft. To pay MCA of $
☐ Plea NOT accepted by Court

☐ NOT GUILTY plea entered by dft in writing
☐ Jury trial demanded
☐ Right to 30 days to prepare for trial:
    ☐ Waived   ☐ Demanded
☐ Change of Plea of NOT GUILTY entered:
    on:

Other: