# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

Filed at 4:10 P M
3/11 20 13
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

VS.

**DESI SURTANE HANSFORD**

Defendant

NO. 5:13-mj-03-06-CHW

# WARRANT FOR ARREST

1320 0312 1285 J
Fid #9161453
USMS #96298-020

US MARSHALS SERVICE MIDDLE GEORGIA
2013 MAR 12 AM 8:45

To: SA GREGORY McCLENDON, FEDERAL BUREAU OF INVESTIGATION, MIDDLE DISTRICT OF GEORGIA AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **DESI SURTANE HANSFORD**

and bring him/her FORTHWITH before the nearest available judicial officer to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court
☐ Violation Notice    ☐ Probation Violation Petition

charging him/her with:

Receipt of a Bribe by an Agent of an Organization Receiving Federal Funds; in violation of Title 18, United States Code, Section 666(a)(1)(B).

Dated at Macon, Georgia, this 11th day of MARCH, 2013.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/12/2013 | Special Agent | Gregory McClendon |
| DATE OF ARREST 3/11/2013 | | |